# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                       Plaintiff,<br>v.<br><br>BETTYE R. KIDD, FRANKLIN D. ALLEN, and TRACIE EDMONSON,<br><br>                                       Defendants. | Case No. 17-CR-185-JPS<br><br>**ORDER** |

On November 3, 2017, the government filed an Information charging defendants Bettye R. Kidd and Franklin D. Allen with interstate transportation of stolen property in violation of 18 U.S.C. § 2314, and another Information charging defendant Tracie Edmonson with the same offense. (Docket #1 and #2). On the same day, the government filed three plea agreements, one with each defendant, indicating that the defendants agreed to plead guilty to the charge presented in the Information. (Docket #3, #4, and #5).

The parties appeared before Magistrate Judge William E. Duffin in three separate hearings on November 29, 2017, to conduct plea colloquies pursuant to Federal Rule of Criminal Procedure 11. (Docket #12, #15, #18). Each defendant entered a plea of guilty as to the Information in which he or she was charged. *Id.* After cautioning and examining each defendant under oath concerning the subjects mentioned in Rule 11, Magistrate Duffin determined that each defendant's guilty plea was knowing and voluntary, and that the offense charged was supported by an independent

factual basis containing each of the essential elements of the offense. (Docket #12, #15, #18, #21, #22, #23).

Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court for each defendant, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #21, #22, #23). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendations and, having received no objection thereto, will adopt them.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's reports and recommendations as to the guilty plea of Bettye R. Kidd (Docket #21), Franklin D. Allen (Docket #22), and Tracie Edmonson (Docket #23) be and the same are hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 15th day of December, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge